# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-1014
Owner: Jose Arnoldo Aguilar, *et al.*
Acres: 4.318

**Being** a 4.318 acre (188,085 square feet) parcel of land, being out of the Domingo Fonseca Survey, Abstract No. 33, Porción 67, Hidalgo County, Texas, being out of Lot 6, Block 27 of Steele and Pershing Subdivision recorded in Volume 8, Page 115, Deed Records of Hidalgo County, Texas, and being out of the remainder of a called 15.21 acre tract conveyed to Jose Arnoldo Aguilar by Warranty Deed with Vendor's Lien recorded in Volume 3371, Page 720, Official Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" iron rod at the original northeast corner of the 15.21 acre tract, the northeast corner of a called 5 acre tract conveyed to Rodolfo Franz by Warranty Deed with Vendor's Lien recorded in Instrument No. 1997-629774, Official Records of Hidalgo County, Texas and the southeast corner of a called 5 acre tract conveyed to Awrelia Amparo Rendon by Warranty Deed with Vendor's Lien recorded in Instrument No. 2019-2999976, Official Records of Hidalgo County, Texas, said point being in the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, and the west line of Lot 2, Block 14 of A.J. McColl Subdivision recorded in Volume 21, Page 597, Deed Records of Hidalgo County, Texas, and being the same tract of land conveyed to Malcom G. Dyer, et ux by Warranty Deed recorded in Volume 2613, Page 712, Official Records of Hidalgo County, Texas (Tract I), said point having the coordinates of N=16559128.250, E=1074026.682, said point bears N 84°55'59" E, a distance of 1678.41' from United States Army Corps of Engineers Control Point No. 108;

**Thence:** S 07°35'50" W, with the original east line of the 15.21 acre tract, the east line of the Franz 5 acre tract, the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, and the west line of Lot 2, Block 14 of A.J. McColl Subdivision, passing at 138.05' the southeast corner of the Franz 5 acre tract and the northeast corner of the east remainder of a called 5.15 acre tract conveyed to Ovidio Garcia by Gift Deed recorded in Instrument No. 2014-2482124, Official Records of Hidalgo County, Texas, continuing for a total distance of 247.99' to a point at the southeast corner of the east remainder of the 5.15 acre tract and the northeast corner of the remainder of the 15.21 acre tract, said point being in the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, and the west line of Lot 2, Block 14 of A.J. McColl Subdivision;

## SCHEDULE C (Cont.)

**Thence:** S 08°23'28" W, with the east line of the remainder of the 15.21 acre tract, the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, and the west line of Lot 2, Block 14 of A.J. McColl Subdivision, passing at 5.34' the southwest corner of the Dyer tract and the northwest corner of a called 4.58 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Third Tract, Lateral A), continuing for a total distance of 14.82' to the **Point of Beginning** and northeast corner of Tract RGV-WSL-1014, said point being in the east line of the remainder of the 15.21 acre tract, the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, the west line of Lot 2, Block 14 of A.J. McColl Subdivision, and the west line of the 4.58 acre tract, said point having the coordinates of N=16558867.777, E=1073991.733;

**Thence:** S 08°23'28" W, with the east line of the remainder of the 15.21 acre tract, the east line of Porción 67, the east line of Lot 6, Block 27 of Steele and Pershing Subdivision, the west line of Porción 68, and the west line of the 4.58 acre tract, passing at 45.37' the north line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas, ("90-H"), continuing for a total distance of 97.01' to a point for the southeast corner of Tract RGV-WSL-1014, said point being at the southeast corner of the 15.21 acre tract, the southeast corner of Lot 6, Block 27 of Steele and Pershing Subdivision, and a northerly exterior corner of a tract of land conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Canals and Laterals), said point being in the east line of Porción 67, the west line of Porción 68 and the west line of the 4.58 acre tract, said point being within the "90-H" river levee right-of-way and the right-of-way of Doffin Canal Road;

**Thence:** departing the west line of Porción 68 and the west line of the 4.58 acre tract, with the south line of the 15.21 acre tract, the south line of Lot 6, Block 27 of Steele and Pershing Subdivision, and the north line of the "Canals and Laterals" tract, over and across the "90-H" river levee right-of-way and the right-of-way of Doffin Canal Road, the following courses and distances:

- N 85°19'45" W, for a distance of 1526.25' to an angle point in the south line of Tract RGV-WSL-1014;

- S 74°58'39" W, for a distance of 87.55' to a found PK nail in asphalt for the southwest corner of Tract RGV-WSL-1014, said point being at the southwest corner of the 15.21 acre tract, the southwest corner of Lot 6, Block 27 of Steele and Pershing subdivision, the southeast corner of Lot 5, Block 27 of Steele and Pershing subdivision, the southeast corner of the remainder of a called 6.89 acre tract conveyed to Tax Ranch, LLC by Tax Resale Deed recorded in Instrument No. 2016-2756021, Official Records of Hidalgo County, Texas (Save & Except 1.11 acres), and the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 437, Page 297, Deed Records of Hidalgo County, Texas ("122-H"), said point being in the northwest line of the "Canals and Laterals" tract, the west line of the "90-H" river levee right-of-way, and the approximate centerline of S McColl Road (40' right-of-way width);

## SCHEDULE C (Cont.)

**Thence:** N 08°20'24" E, departing the northwest line of the "Canals and Laterals" tract, with the west line of the remainder of the 15.21 acre tract, the west line of Lot 6, Block 27 of Steele and Pershing subdivision, the west line of the "90-H" river levee right-of-way, the east line of the "122-H" river levee right-of-way, the east line of Lot 5, Block 27 of Steele and Pershing subdivision, the east line of the 6.89 acre tract and the approximate centerline of S McColl Road, passing at 34.18' the northeast corner of the 6.89 acre tract and the southeast corner of a called 8.80 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Second Tract, Lateral A), passing at 90.76' the northwest corner of the "90-H" river levee right-of-way and the northeast corner of the "122-H" river levee right-of-way, continuing for a total distance of 145.61' to a point for the northwest corner of Tract RGV-WSL-1014, said point being in the west line of the remainder of the 15.21 acre tract, the west line of Lot 6, Block 27 of Steele and Pershing subdivision, the east line of Lot 5, Block 27 of Steele and Pershing subdivision, the east line of the 8.80 acre tract and the approximate centerline of S McColl Road;

**Thence:** departing the east line of Lot 5, Block 27 of Steele and Pershing subdivision, the east line of the 8.80 acre tract and the approximate centerline of S McColl Road, over and across the remainder of the 15.21 acre tract and generally along a chain link fence, the following courses and distances:

- S 85°20'04" E, passing at 19.95' the east right-of-way line of S McColl Road, continuing for a total distance of 125.50' to an angle point in the north line of Tract RGV-WSL-1014;

- S 85°47'43" E, for a distance of 215.19' to an angle point in the north line of Tract RGV-WSL-1014;

- S 84°31'11" E, for a distance of 104.15' to an angle point in the north line of Tract RGV-WSL-1014;

- S 85°17'07" E, for a distance of 211.18' to an angle point in the north line of Tract RGV-WSL-1014;

- S 86°04'10" E, for a distance of 436.64' to an angle point in the north line of Tract RGV-WSL-1014;

- S 83°25'59" E, for a distance of 103.86' to an angle point in the north line of Tract RGV-WSL-1014;

- S 84°40'46" E, for a distance of 191.55' to an angle point in the north line of Tract RGV-WSL-1014;

- S 83°01'34" E, for a distance of 111.35' to an angle point in the north line of Tract RGV-WSL-1014;

- S 77°28'15" E, for a distance of 107.47' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



*LEGEND*

| Symbol | Description | | Symbol | Description |
|---|---|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | | ——————— | ACQUISITION AREA BOUNDARY |
| ●PK | PK NAIL FOUND | | — · — · — · — · — | ADJOINING ACQUISITION LINE |
| ○ | CALCULATED POINT | | ———○——— | CHAIN LINK FENCE |
| △ | CONTROL POINT | | — — — — — — | LEVEE EASEMENT |
| ← | GUY ANCHOR | | ——— PL ——— | PROPERTY LINE |
| ○ | POWER POLE | | ——— OHE ——— | OVERHEAD ELECTRIC |
| ⊤ | SIGN | | — — LEVEE TOE — | TOE OF LEVEE |
| ⊡ | TELEPHONE PEDESTAL | | ———×——— | WIRE FENCE |
| ⊞ | WATER METER | | | |

*DRHC*   DEED RECORDS OF HIDALGO COUNTY
*INST.*   INSTRUMENT
*IRF*   IRON ROD FOUND
*No.*   NUMBER
*ORHC*   OFFICIAL RECORDS OF HIDALGO COUNTY
*PG*   PAGE
*POB*   POINT OF BEGINNING
*POC*   POINT OF COMMENCING
*R.O.W.*   RIGHT-OF-WAY
*VOL*   VOLUME

*NOTES:*

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 03/10/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616



**METES & BOUNDS SURVEY**
**JOSE ARNOLDO AGUILAR**
**TRACT No. RGV-WSL-1014**
**HIDALGO COUNTY**      **TEXAS**

Drawing Ref. No. SHEET 8 OF 11

| Mark | Description | Date | App. |
|---|---|---|---|
| 1 | Revisions made | 4/24/19 | |
| 2 | Boundary change | 6/24/19 | |
| 3 | Boundary change | 9/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/19 |
| Checked | LMK | 4/19 |
| Surveyor | JDB | 4/19 |
| Fld.Bk. # | 19RGVH-T1-M1 | |

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA61577367D001

TDHS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103943



**ENGINEERING, INC.**
829 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com



U.S. Army Corps of Engineers

MDS PROJ. NO. 19-200430    FILE NAME: RGV-WSL-1014    DATE: 6/17/2020

## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 84°55'59" E | 1678.41' |
| L2 | S 07°35'50" W | 247.99' |
| L3 | S 08°23'28" W | 14.82' |
| L4 | S 08°23'28" W | 97.01' |
| L5 | N 85°19'45" W | 1526.25' |
| L6 | S 74°58'39" W | 87.55' |
| L7 | N 08°20'24" E | 145.61' |
| L8 | S 85°20'04" E | 125.50' |
| L9 | S 85°47'43" E | 915.19' |
| L10 | S 84°31'11" E | 104.15' |
| L11 | S 85°17'07" E | 211.18' |
| L12 | S 86°04'10" E | 436.64' |
| L13 | S 81°25'59" E | 103.86' |
| L14 | S 84°40'46" E | 191.55' |
| L15 | S 83°01'34" E | 111.35' |
| L16 | S 77°28'15" E | 107.47' |

| COORDINATE TABLE | | | |
|---|---|---|---|
| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
| 1 | 16558867.777 | 1073991.733 | RGV-WSL-1014-1 |
| 2 | 16558771.806 | 1073977.577 | RGV-WSL-1014-2 |
| 3 | 16558896.091 | 1072456.400 | RGV-WSL-1014-3 |
| 4 | 16558873.397 | 1072371.839 | RGV-WSL-1014-4 |
| 5 | 16559017.471 | 1072392.959 | RGV-WSL-1014-5 |
| 6 | 16559007.263 | 1072518.040 | RGV-WSL-1014-6 |
| 7 | 16558991.486 | 1072732.646 | RGV-WSL-1014-7 |
| 8 | 16558981.539 | 1072836.323 | RGV-WSL-1014-8 |
| 9 | 16558964.181 | 1073046.785 | RGV-WSL-1014-9 |
| 10 | 16558934.251 | 1073482.398 | RGV-WSL-1014-10 |
| 11 | 16558922.373 | 1073585.576 | RGV-WSL-1014-11 |
| 12 | 16558904.611 | 1073776.300 | RGV-WSL-1014-12 |
| 13 | 16558891.091 | 1073886.826 | RGV-WSL-1014-13 |
| 14 | 16559128.250 | 1074026.682 | POC RGV-WSL-1014 |



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 184 • KERRVILLE, TX 78028 • 830-816-1818

| | Description | Date | Appr |
|---|---|---|---|
| 1 | Roadside made | 4/28/19 | |
| 2 | Boundary change | 4/28/19 | |
| 3 | Boundary change | 4/11/19 | |

CONTRACT NO.: W9126G-14-D-0013
T.O.: W665XMA8157Y8072001

METES & BOUNDS SURVEY
JOSE ARNOLDO AGUILAR
**TRACT No. RGV-WSL-1014**
HIDALGO COUNTY                         TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/19 |
| Checked | LMK | 4/19 |
| Surveyor | JOB | 4/19 |
| Fld Bk. # | 18RGVH-11-MH | |





**ENGINEERING, INC.**
908 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
BNF ENGINEERING, INC.
NO. 10129340

SHEET 9 OF 11                Drawing Ref. No.

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-WSL-1014    DATE: 6/17/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-WSL-1014
Owner:  Jose Arnoldo Aguilar, *et al.*
Acreage:  4.318

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-1014
Owner:  Jose Arnoldo Aguilar, *et al.*
Acres:  4.318

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owner of the canal identified as "Lateral A" in conveyance recorded May 26, 1921, Document No. #1921-1200531, Volume 120, Page 531 in the Deed Records of Hidalgo County, Texas reasonable access to and from the lands lying between the border barrier and the owner's canal, through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark "Ending" depicted on the map below;

Excepting and excluding the canal identified as "Lateral A" and all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

SCHEDULE E (Cont.)

RGV Sector / Hidalgo County

WSL-1014
5.095 ac

21B

2235
2228
2474
Drain Canal Rd

23533
FONSECA, D

508

23533
COLLADO, G

396

S McColl Rd

S Cenizo R S Cenizo R Rd

784

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.



11/30/2020
TCM





POST

Hidalgo
Hidalgo
336

UNITED S

MEXICO

S Cag

N
W    E
S

0      100      200 Feet

1 inch = 200 feet



Reference

County ID
5178602

AGUILAR JOSE ARNOLDO

Tracts
WSL-1014
5.095 ac

Legend


Proposed
Gate Access

XXXX  OTLS

XXXX  Parent Tracts
for Surveying
Purposes

XXXX  Proposed
Project Area

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIX THOUSAND,

FIVE HUNDRED, FIFTY-SIX DOLLARS AND NO/100 CENTS ($6,556.00), to be

deposited herewith in the Registry of the Court for the use and benefit of the persons

entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Arnoldo Aguilar**<br>**c/o Vilma Judith Aguilar,**<br>**Attorney-in-Fact**<br>▮▮▮▮▮▮<br>Pharr, Texas ▮▮▮ | **RGV-WSL-1014**<br>Warranty Deed with Vendor's Lien, Document # 1992-293660, Volume 3371, Page 720, Recorded November 24, 1992 in Deed Records of Hidalgo County |
| **Hidalgo County Irrigation District No. 2**<br>P.O. Box 6<br>San Juan, Texas 78589 | **RGV-WSL-1014**<br>Warranty Deed, Document No. #1921-1200531, Volume 120, Page 531, Recorded May 26, 1921 in Deed Records of Hidalgo County |
| **Military Highway Water Supply Corporation**<br>4230 E. U.S. Highway 281<br>Mercedes, Texas 78570 | **RGV-WSL-1014**<br>Easement, Document No. #1980-4770, Volume 1659, Page 545, Recorded July 24, 1979 in Deed Records of Hidalgo County |
| **Pablo "Paul" Villarreal, Jr.**<br>**Hidalgo County Tax Assessor-Collector**<br>2804 S. Business Hwy 281<br>Edinburg, Texas 78539 | **RGV-WSL-1014**<br>Account No: S595000027000603<br>Appraisal District No: 517802 |