IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
|     Plaintiff § | | |
| § | | |
| VS. § | | 7:20-CV-00388 |
| § | | |
| § | | |
| 4.318 ACRES OF LAND, MORE OR LESS, § | | |
| SITUATE IN HDALGO COUNTY, STATE § | | |
| OF TEXAS, JOSE ARNOLDO AGUILAR, § | | |
| *et al.,* § | | |
|     Defendant § | | |

### DEFENDANT PABLO "PAUL" VILLARREAL JR., HIDALGO COUNTY TAX ASSESSOR-COLLECTOR INITIAL DISCLOSURES

NOW COMES Defendant Pablo "Paul" Villarreal, Jr., Hidalgo County Tax Assessor-Collector and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Hidalgo County, Texas, Hidalgo County Drainage District No. 1, Valley View Independent School District, South Texas Independent School District, and South Texas College
   C/O Hidalgo County Tax Office
   P.O. Box 178
   Edinburg, TX 78540

    DATED:    April 19, 2021

Respectfully submitted,

ATTORNEY FOR TAXING AUTHORITIES

By: <u>Douglas Steven Bird</u>
DOUGLAS STEVEN BIRD
State Bar No. 02331330
Southern Admission No. 343883
LORI GRUVER
State Bar No. 24007283
Southern Admission No. 22963
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic mailing matrix on April 19, 2021.

/s/ Douglas Steven Bird
DOUGLAS STEVEN BIRD